THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JAMES R. KING,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMAND SOLUTIONS 4, LLC and<br>BRYAN TODD WHITNEY,<br><br>           Defendants. | **NOTICE OF REMOVAL**<br>(from Cleveland County<br>25 CVS 572) |

**TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA, ASHEVILLE DIVISION**

Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Command Solutions 4, LLC ("CS4") and Bryan Todd Whitney ("Whitney") (collectively "Defendants"), defendants in the case captioned *James R. King v. Command Solutions 4, LLC*, North Carolina General Court of Justice, Superior Court Division, Cleveland County, Case No. 25 CVS 572 (the "***State Court Action***"), hereby removes the State Court Action to the United States District Court for the Western District of North Carolina.

Removal is proper under 28 U.S.C. § 1441 because this Court has original jurisdiction under 28 U.S.C. § 1332, in that complete diversity exists and the amount in controversy exceeds $75,000.00. In support of this Notice of Removal, Defendants shows the Court as follows:

**SUMMARY OF THE MATTER BEFORE THE COURT**

1.     In summary, the State Court Action includes claims filed by Plaintiff James R. King ("Plaintiff" or "King"), against Defendants. The Summons and Complaint filed by King in the State Court Action are attached hereto as **Exhibits 1 and 2**, respectively.

2.     Whitney is a citizen and resident of the State of Indiana. CS4 is an Arizona limited

liability company with its principal place of business located in Maricopa County, Arizona. Upon information and belief, King is a resident of Hoke County, North Carolina. Complaint, ¶ 1-3.

3. The Complaint alleges that Plaintiff and Defendants entered into a valid and enforceable contract on or about June 15, 2024 (the "Agreement"). Complaint, ¶ 47.

4. The Complaint further alleges that Whitney breached the Agreement by failing to divide profits from the Kings Mountain Project and profits related to future projects under a Master Services Agreement with Duke Energy. Complaint, ¶¶ 45, 52.

5. Defendants deny these allegations.

6. The Complaint includes claims for breach of contract against Defendants for breach of contract (against CS4), anticipatory breach of contract (against CSF), unjust enrichment/quantum meruit (against CSF, in the alternative), and unfair and deceptive trade practices (against Whitney, in the alternative)

7. King seeks monetary damages, specific performance, incidental and consequential damages, and other relief. See Complaint, Prayer for Relief, ¶¶ 1-11.

## TIMELINESS OF REMOVAL

8. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after April 16, 2025, when counsel for Defendants accepted service of the Summons and Complaint.

## BASIS FOR REMOVAL JURISDICTION

9. Complete diversity exists. King is a citizen of Hoke County, North Carolina, Whitney is a resident of Indiana, and CS4 is an Arizona limited liability company and its principal place of business is Arizona. No members of CS4 reside in North Carolina

10. The allegations in King's Complaint filed in the State Court Action satisfy the

$75,000 amount in controversy requirement under 28 U.S.C. § 1332(b).

11. All Defendants consent to removal.

## VENUE

12. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for Western District of North Carolina, Asheville Division, is the federal jurisdiction embracing the North Carolina General Court of Justice, Superior Court Division, Cleveland County, where King filed the State Court Action.

## NOTICE TO STATE COURT AND PLAINTIFF

13. Pursuant to 28 U.S.C. § 1446(d), Defendants have filed this Notice with the Court, are serving a copy of this Notice upon counsel for King and are filing a Notice to State Court of Removal to Federal Court with the Clerk of the Superior Court for Cleveland County. A copy of the Notice to State Court of Removal to Federal Court (with this Notice but without the additional exhibits) is attached hereto as **Exhibit 3**.

WHEREFORE, the case now pending in the North Carolina General Court of Justice, Superior Court Division, Cleveland County, under the caption *James R. King v. Command Solutions 4, LLC, et al.*, Case No. 25-CVS-572 is hereby removed to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. §§ 1441 and 1446, and all further proceedings will be conducted in this Court as provided by law.

Respectfully submitted, this the 16th day of May, 2025.

/s/*Marc E. Gustafson*
**BELL, DAVIS & PITT, P.A**.
Marc E. Gustafson, N.C. State Bar No. 34429
227 West Trade Street, Suite 1800
Charlotte, NC 28202
Telephone: (704) 227-0400
Email: mgustafson@belldavispitt.com
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon the addressee(s) listed below by:

( ) Hand-delivering a copy thereof to the attorney(s);

Or

( ) Depositing a copy hereof in a postpaid wrapper in a post office or official depository by first class mail under the exclusive care and custody of the United States Post Office Department properly addressed to the addressee(s) below;

Or

(X) Email.

This the 16th day of May, 2025.

/s/*Marc E. Gustafson*
Marc E. Gustafson

Addressee(s):

Joseph H. Karam
Jasmine K. White
Law Offices of Joseph H. Karam, PLLC
301 South McDowell Street, Suite 125-1133
Charlotte, NC 28204
joe@jhk.law
jasmine@jhk.law
*Counsel for Plaintiff*